**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

May 26, 2015

Hon. J. Lynn Watson
Rosenthal & Watson
P. O. Box 201658
Austin, TX 78720
\* DELIVERED VIA E-MAIL \*

Hon. Norton A. Colvin Jr.
Colvin, Chaney, Saenz & Rodriguez, LLP
1201 East Van Buren
P.O. Box 2155
Brownsville, TX 78522-2155
\* DELIVERED VIA E-MAIL \*

Hon. Mitchell Craig Chaney
Colvin, Chaney, Saenz & Rodriguez, LLP
1201 E. Van Buren
P.O. Box 2155
Brownsville, TX 78520
\* DELIVERED VIA E-MAIL \*

Hon. Marc G. Rosenthal
ROSENTHAL & WATSON
P.O. Box 201658
Austin, TX 78720
\* DELIVERED VIA E-MAIL \*

Hon. David I. Schoen
2800 Zelda Road, Suite 100-6
Montgomery, AL 36106
\* DELIVERED VIA E-MAIL \*

Hon. Kent Geoffrey Rutter
Haynes and Boone, LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010-2007
\* DELIVERED VIA E-MAIL \*

Re:     Cause No. 13-13-00257-CV
Tr.Ct.No. 2009-CV-0010-A
Style:   VIVIANA SOSA, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DESTINY SOSA, A DECEASED CHILD, AND JESSE SOSA v. UNION PACIFIC RAILROAD COMPANY AND ERNESTO ORTEGON

      Due to a clerical error, please see attached corrected Memorandum Opinion and Judgment relative to the above referenced cause.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
cc:   197th District Court (DELIVERED VIA E-MAIL)
      Hon. Gilbert Lozano, Willacy County District Clerk (DELIVERED VIA E-MAIL)
      Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region (DELIVERED VIA E-MAIL)